### 25356. Tennessee Coach Company v. Snelling.

Stephens, J. 1. The evidence is sufficient to authorize the inference that the plaintiff, who was a passenger on a bus operated by the defendant, sustained a severe shock to his nervous system, a severe strain upon

his heart which caused him to become ill and rendered it necessary for him to be assisted to a hotel after he left the bus, and that his physical condition was permanently impaired and his capacity to work diminished, as a result of the driver of the bus operating it recklessly and while in a drunken condition and in such a manner as caused the plaintiff to fear that the bus would be wrecked; that the driver cursed the plaintiff after the plaintiff had remonstrated with him for his reckless driving; and that the injuries complained of occurred in the county in which the suit was brought.

2. The verdict for the plaintiff in the amount of $2000 was authorized, and is not as a matter of law excessive. *Tennessee Coach Co.* v. *Snelling,* 51 *Ga. App.* 432 (180 S. E. 741).

3. It not appearing that the case was brought to this court for delay only, the motion to assess damages for delay is denied.

*Judgment affirmed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED JUNE 19, 1936.

*H. H. Anderson,* for plaintiff in error.
*Farkas & Burt, C. N. King,* contra.